COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Cause number: 01-11-00450-CR

Style: Larry Dade Verchar

**v** The State of Texas

Date motion filed[*]: August 7, 2012

Type of motion: Motion to reinstate

Party filing motion: Appellant

Document to be filed:

Is appeal accelerated? No

If motion to extend time:

Original due date:

Number of previous extensions granted: _____ Current Due date:

Date Requested:

Ordered that motion is:

☒ Granted
If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Justice Tennings
☑ Acting individually ☐ Acting for the Court

Panel consists of._____

Date: August 10, 2012

November 7, 2008 Revision